

**CASE UNSEALED PER ORDER OF COURT**

17 NOV 20  PM 2: 00

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2016 Grand Jury

| UNITED STATES OF AMERICA, | Case No. 17CR1409-W |
|---|---|
| Plaintiff, | I N D I C T M E N T<br>(2nd Superseding) |
| v. | |
| ROSA DE ARCOS (1),<br>MARIA ELENA URENA-CERVANTES (2), | Title 21, U.S.C., Secs. 841(a)(1)<br>and 846 - Conspiracy to Distribute<br>Controlled Substances; Title 21,<br>U.S.C., Secs. 952 and 960 - |
| Defendants. | Importation of Methamphetamine<br>and Cocaine; Title 21, U.S.C.,<br>Secs. 952 and 960 - Importation of<br>Fentanyl; Title 18, U.S.C.,<br>Sec. 2 - Aiding and Abetting;<br>Title 21, U.S.C., Sec. 853 -<br>Criminal Forfeiture |

The grand jury charges:

### Count 1

**Conspiracy to Distribute Controlled Substances**

Beginning on a date unknown and continuing up to and including at least May 8, 2017, within the Southern District of California and elsewhere, defendants ROSA DE ARCOS and MARIA ELENA URENA-CERVANTES, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury to distribute 500 grams and more, to wit: approximately 23.64 kilograms (52 pounds),

JJO:nlv:San Diego
11/28/17
Cc: PRETRIAL

34 MM

1 | of a mixture and substance containing a detectable amount of
2 | methamphetamine, a Schedule II Controlled Substance, 400 grams and more,
3 | to wit: approximately 15.68 kilograms (34.49 pounds) of a mixture and
4 | substance containing a detectable amount of N-phenyl-N-[1-(2-
5 | phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II
6 | Controlled Substance, and 500 grams and more, to wit: 1 kilogram
7 | (2.20 pounds), of a mixture and substance containing a detectable amount
8 | of cocaine, a Schedule II Controlled Substance; all in violation of
9 | Title 21, United States Code, Sections 841(a)(1) and 846.

### Count 2

### Importation of Methamphetamine and Cocaine

12 | On or about January 18, 2017, within the Southern District of
13 | California, defendants ROSA DE ARCOS and MARIA ELENA URENA-CERVANTES did
14 | knowingly and intentionally import 500 grams and more, to wit:
15 | approximately 23.64 kilograms (52 pounds), of a mixture and substance
16 | containing a detectable amount of methamphetamine, a Schedule II
17 | Controlled Substance, and 500 grams and more, to wit: 1 kilogram
18 | (2.20 pounds), of a mixture and substance containing a detectable amount
19 | of cocaine, a Schedule II Controlled Substance, into the United States
20 | from a place outside thereof; in violation of Title 21, United States
21 | Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

### Count 3

### Importation of Fentanyl

24 | On or about May 8, 2017, within the Southern District of California,
25 | defendants ROSA DE ARCOS and MARIA ELENA URENEA-CERVANTES did knowingly
26 | and intentionally import 400 grams and more, to wit: approximately
27 | 15.68 kilograms (34.49 pounds), of a mixture and substance containing a
28 | detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

propanamide (fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

**FORFEITURE ALLEGATIONS**

1.    The allegations contained in Counts 1 through 3 are hereby realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2.    Upon conviction of one or more of the felony offenses alleged in Counts 1 through 3 of this indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants ROSA DE ARCOS and MARIA ELENA URENEA-CERVANTES, shall, upon conviction, forfeit to the United States any and all property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts 1 through 3 of this indictment.

3.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

3

1  it is the intent of the United States, pursuant to Title 21, United

2  States Code, Section 853(p), to seek forfeiture of any other property

3  of the defendants up to the value of the property listed above as being

4  subject to forfeiture.

5       DATED: November 28, 2017.

6                                          A TRUE BILL:

7

8                                          Foreperson

9  ADAM L. BRAVERMAN
   United States Attorney
10

11 By:
12     JOSEPH J.M. ORABONA
       Assistant U.S. Attorney
13

14 By:
15     AARON P. ARNZEN
       Assistant U.S. Attorney
16

17

18

19

20

21

22

23

24

25

26

27

28

                                    4